Michael J. Rogers, Appellee, v. Elgin, Joliet and Eastern Railway Company, Appellant.

Gen. No. 46,003.

First District, Second Division.

October 19, 1954.

Rehearing denied January 24, 1955.

Released for publication January 24, 1955.

Knapp, Cushing, Hershberger & Stevenson, for appellant; Douglas F. Stevenson, of counsel; John P. Tiz, for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full.